bottom, of the guideline range does not address the issue whether the district court would have imposed a lesser sentence if a lower guideline sentencing range had been determined, based solely on Yancey's admissions. Because the Government has not shown the district court would have imposed the same sentence absent the *Booker* error, the sentence is **VACATED** and the case is **REMANDED** for resentencing. *See Pineiro,* 410 F.3d 282, 285.

*VACATED AND REMANDED*

Before KING, Chief Judge, and DAVIS, Circuit Judge, and FITZWATER, District Judge.[1]

PER CURIAM: **

The judgment of the district court is AFFIRMED for essentially the reasons given by the district court in its Findings of Fact and Conclusions of Law filed August 9, 2004.

AFFIRMED.

## LAKE FOREST MANAGEMENT LLC, Plaintiff–Appellant

v.

## HEALTHMARK PARTNERS INC, Defendant–Appellee.

### No. 04–30928.

United States Court of Appeals, Fifth Circuit.

Decided July 12, 2005.

Henry L. Klein, Klein Daigle, New Orleans, LA, for Plaintiff–Appellant.

Charles Frederick Seemann, III, Stacey CS Cerrone, Proskauer Rose, New Orleans, LA, for Defendant–Appellee.

## Lynette CRUNK, Individually and as next friend of Kenneth P, Keith P, and Kevin P, Plaintiff–Appellant

v.

## SAN ANTONIO INDEPENDENT SCHOOL DISTRICT; et al, Defendants

San Antonio Independent School District, Defendant–Appellee.

### No. 04–50086.

United States Court of Appeals, Fifth Circuit.

Decided July 12, 2005.

Kathleen Cassidy Goodman, Texas Justice Foundation, San Antonio, TX, for Plaintiff–Appellant.

---

1. District Judge for the Northern District of Texas, sitting by designation.
** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.